ACCEPTED
15-25-00202-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 3:58 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00202-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 3:58:58 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT

Pamela Griffin, Ralph Griffin, Michelle Griffin, Corey Griffin, Individually and as Trustee of The Griffin Revocable Living Trust, and Polly Randle,

*Appellants,*

v.

NCP Travis TPP Project, LLC,

*Appellee.*

On Appeal from the 395th District Court
Williamson County, Texas
No. 25-1957-C395

## UNOPPOSED MOTION FOR EXTENSION TO FILE APPELLEE'S BRIEF

To the Honorable Fifteenth Court of Appeals:

Appellee NCP Travis TPP Project, LLC requests a 21-day extension of time to file its brief, which is currently shown as due on January 5, 2026.[1] Tex. R. App. P. 10.5(b), 38.6(d). Appellee requests a new deadline of January 26, 2026.

---

[1] Appellants filed their Notice of Appeal as "accelerated appeal" under Tex. R. App. P. 28.1. The Final Judgment signed October 8, 2025 states "this Final Judgment disposes of all parties and claims and is appealable." Appellee believes this is not an

1

## I.

A reasoned justification for an extension of time exists. Because of a heavy schedule of litigation and appeals, and the holidays, counsel for Appellee requires more time to prepare its brief to ensure that the brief will be helpful to the Court.

## II.

This extension of time is not sought for delay, is unopposed, and no party will be prejudiced if it is granted. No prior extension of time to file the Appellee's brief has been requested.

## Prayer

Appellee NCP Travis TPP Project, LLC respectfully requests that the Court grant a 21-day extension of time to file its brief, creating a new due date of January 26, 2026.

---

accelerated appeal. For simplicity, regardless of the initial deadline, Appellee request that the new due date be January 26, 2026 regardless of the proper initial date.

Respectfully submitted,

*/s/ Peter C. Hansen*

Jacob M. Stephens | Christopher R. Mugica
State Bar No. 24066143 | State Bar No. 24027554
jstephens@irelanlaw.com | cmugica@jw.com
IRELAN STEPHENS, PLLC | Peter C. Hansen
2520 Caroline St., 2nd Floor | State Bar No. 24066668
Houston, Texas 77002 | phansen@jw.com
(713) 222-7666 | JACKSON WALKER LLP
(713) 222-7669 (fax) | 100 Congress, Suite 1100
 | Austin, Texas 78701
 | (512) 236-2000
 | (512) 236-2002 (fax)

*Counsel for Appellee*

## CERTIFICATE OF CONFERENCE

I certify that on December 18, 2025, I conferred with counsel for Appellants regarding this motion for extension. Appellants are unopposed to this motion.

*/s/ Christopher C. Mugica*
Christopher C. Mugica

3

## CERTIFICATE OF SERVICE

I certify that a copy of this brief was served on counsel of record listed below, via electronic service, on December 19, 2026:

Christopher D. Osborn
OSBORN LAW FIRM, P.C.
2403 N. Main Street
Taylor, Texas 76574
512-275-6593
512-309-5317 (fax)
chris@osbornpc.com

*Counsel for Appellants*

/s/ *Peter C. Hansen*
Peter C. Hansen

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Yvonne Ferrari on behalf of Peter Hansen
Bar No. 24066668
yferrari@jw.com
Envelope ID: 109324914
Filing Code Description: Motion
Filing Description: UNOPPOSED MOTION FOR EXTENSION TO FILE APPELLEES BRIEF
Status as of 12/19/2025 4:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bradford Irelan | 10411550 | birelan@IrelanLaw.com | 12/19/2025 3:58:58 PM | SENT |
| Jacob Stephens | 24066143 | jstephens@imtexaslaw.com | 12/19/2025 3:58:58 PM | SENT |
| Christopher Osborn | | chris@osbornpc.com | 12/19/2025 3:58:58 PM | SENT |

Associated Case Party: NCP Travis TPP Project, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Peter Hansen | 24066668 | phansen@jw.com | 12/19/2025 3:58:58 PM | SENT |
| Christopher Mugica | 24027554 | cmugica@jw.com | 12/19/2025 3:58:58 PM | SENT |
| Connor Kidd | 24136947 | ckidd@jw.com | 12/19/2025 3:58:58 PM | SENT |